IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD WOODS,

    Plaintiff,

vs.                                                                                   CIV 14-0269 KG/LAM

GOVERNMENT EMPLOYEES INSURANCE
COMPANY *doing business as* GEICO, and
HELEN GURULE,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court- on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff filed this action on January 23, 2014 in the Second Judicial District Court, County of Beranlillo, State of New Mexico, as Cause Number D-202-CV-2014-00710. Defendant GEICO removed the case to this Court on March 20, 2014. The record reflects that Defendant Helen Gurule has not been served nor has Plaintiff shown good cause for the failure to serve. *See* Fed. R. Civ. P. *4(m)*.

WHEREFORE, IT IS HEREBY ORDERED that, in order to avoid dismissal of this action against Defendant Helen Gurule, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before December 5, 2014.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE