IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DONALD WOODS,

    Plaintiff,

v.                                           No. 1:14-cv-00269 KG/LAM

GOVERNMENT EMPLOYEES INSURANCE
COMPANY *doing business as* GEICO,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion for Dismissal with Prejudice of Plaintiff's Complaint for Breach of Contract, Negligence, Fraud, Breach of the Covenant of Good Faith and Fair Dealing, Violation of New Mexico Unfair Claims Practices Act, Violation of New Mexico Unfair Trade Practices Act, Intentional Infliction of Emotional Distress, and Punitive Damages, the Court having reviewed the Motion, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Joint Motion for Dismissal with Prejudice be and hereby is GRANTED, and that Plaintiff's Complaint together with any and all claims that could be asserted therein, be and hereby is dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Daniel W. Lewis*
Daniel W. Lewis
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
P.O. Box 94750
Albuquerque, NM  87199-4750
*Attorneys for Defendant GEICO*
*as to UIM claims*


Approved by:

*Approved 5/18/15*
George A. Bleus
Bleus & Associates, LLC
2633 Dakota NE
Albuquerque, NM  87110
(505) 884-9300
*Attorneys for Plaintiff Donald Woods*

AND


*Approved 5/12/15*
Stephen M. Simone
Simone, Roberts & Weiss, P.A.
11200 Lomas Blvd. NE, Suite 210
Albuquerque, NM  87112
505-298-9400
*Attorneys for Defendant GEICO*
*as to the extra-contractual claims*